UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-20628-CR-COHN

UNITED STATES OF AMERICA,

v.

ANTWUN WILSON,

    Defendant.
_____/

## ORDER DENYING MOTION FOR REDUCTION OF SENTENCE

**THIS CAUSE** is before the Court on Defendant Antwun Wilson's "Letter Motion Seeking Reduction of Sentence Pursuant to 18 USCS 3583" [DE 65]. The Court has considered the motion, the Government's response [DE 67], and is otherwise advised in the premises.[1]

Since Mr. Wilson pled guilty only to Count I, felon in possession of a firearm, Amendment 750, which altered the offense levels in Section 2D1.1 of the USSG applicable to crack cocaine offenses, would not apply. In addition, since Mr. Wilson was sentenced prior to August 3, 2010, his mandatory minimum sentence would be unaffected by the enactment of the Fair Sentencing Act. Accordingly, it is thereupon

---

[1] Defendant noted in his March 5, 2012 "Motion Seeking Status of Petitioner's Sentence Reduction Under 18 USCS 3582" [DE 68] that he was "prepared to reply to any response provided by the government." Defendant also requested that the Court "consider any default by the government as 'non-opposition' to his motion for a reduction in sentence." Id. at 2. However, the Government filed its response on March 5, 2012. The Court has considered the response in ruling on Defendant's motion, however even if the Court had not considered the response, Defendant's request for a reduction of sentence would have to be denied as a matter of law for the reasons explained in this Order. Furthermore, Defendant never filed a reply to the Government's response, and the time for doing so has now passed.

**ORDERED AND ADJUDGED** that Defendant Antwun Wilson's "Letter Motion Seeking Reduction of Sentence Pursuant to 18 USCS 3583" [DE 65] is **DENIED**. It is further

**ORDERED AND ADJUDGED** that Defendant Antwun Wilson's "Motion Seeking Status of Petitioner's Sentence Reduction Under 18 USCS 3582" [DE 68] is **DENIED as moot**, as the Court has now ruled on the motion.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 13th day of April, 2012.

JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF
*Pro se* party via CM/ECF regular mail